UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-13(2) (NEB/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAJMO M. AHMED,

    Defendant.

**GOVERNMENT'S MOTION TO QUASH ARREST WARRANT**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, and Matthew S. Ebert, Assistant United States Attorneys, respectfully moves the Court for an order quashing the previously issued arrest warrant for defendant Najmo Ahmed.

1. On January 24, 2024, a federal grand jury returned an indictment against Najmo Ahmed and one co-defendant. The indictment charges her with conspiracy to commit wire fraud, wire fraud, conspiracy to commit money laundering, and money laundering, in violation of 18 U.S.C. §§ 371, 1343, and 1957. Dkt. #1. The court issued a warrant for defendant's arrest.

2. At the time of the indictment, defendant was outside of the United States. Counsel recently informed the government that defendant would like to return to the United States to self-surrender and make her initial appearance in this case. Defendant is scheduled to arrive in the United States on August 30, 2024. To ensure that she is able to enter the United States and self-surrender without being

arrested, the government is moving to quash the previously issued arrest warrant with respect to defendant Najmo Ahmed.

For the foregoing reasons, the government respectfully requests that the Court quash the previously issued warrant for the arrest of defendant Najmo Ahmed.

Dated: August 28, 2024					Respectfully Submitted,

							ANDREW M. LUGER
							United States Attorney

							 /s/ *Harry M. Jacobs*
					BY:	JOSEPH H. THOMPSON
							HARRY M. JACOBS
							MATTHEW S. EBERT
							Assistant United States Attorneys