UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-13(2) (NEB/DTS)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER**

NAJMO M. AHMED,

Defendant.


The government's motion to quash the arrest warrant previously issued in this

case is hereby granted.


August 28, 2024                         *s/Tony N. Leung*
Dated                                   The Honorable Tony N. Leung
                                        United States Magistrate Judge