UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-13(2) (PJS/DTS)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2) NAJMO AHMED,

    Defendant.

**MOTION FOR SUMMONS**

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Harry M. Jacobs, Assistant United States Attorney, requesting a summons be issued in the above-referenced matter.

On January 24, 2024, the Grand Jury issued an Indictment charging the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 371 and 1343, wire fraud, in violation of 18 U.S.C. § 1343, and two counts of money laundering, in violation of 18 U.S.C. § 1957. ECF 1. Also on January 24, 2024, an oral motion for a warrant was issued. That warrant has since been quashed (ECF 14), and the undersigned now requests at a summons be issued for appearance on October 18, 2024.

The undersigned therefore respectfully requests a summons pursuant to the Indictment filed in Crim. No. 24-13 (PJS/DTS), and that Court direct the Clerk of Court issue a summons for appearance on October 18, 2024.

Dated: October 4, 2024

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

BY: *s/ Harry M. Jacobs*
HARRY M. JACOBS
Assistant U.S. Attorney