# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NAJMO AHMED, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES - CRIMINAL**

| | |
|---|---|
| Case No: | 24-cr-13 (2) (NEB/DTS) |
| Date: | June 15, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:05 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 45 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
    For Plaintiff:     Matthew Murphy, Assistant U.S. Attorney
    For Defendant:   Joseph Dixon, Retained Attorney

**Interpreter:** Ayderus Ali/Somali

☒ **Sentencing.**
☒ **Minor role adjustment moved, argued and ruled upon on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|:---:|:---:|:---:|:---:|
| 7 | X | 14 months | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $1,381,048 is due immediately.
☒ Special assessment in the amount of $100.00 due immediately.
☒ Counts 1-2, 4-6, and 8 of the Indictment are dismissed on motion by the Government.
☒ Defendant is released on her bond conditions. Defendant shall voluntarily surrender to her place of confinement on 7/15/26 by 12:00 p.m. If a designation has not been determined by that date or the defendant prefers she may surrender to the US. Marshal Services in Minneapolis, MN on 7/15/26 by 12:00 p.m.

Date: June 15, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel