UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 24-cr-13 |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| Said Ereg, | |
| Defendant. | |

Defendant Said Ereg is currently on pretrial release after voluntarily returning to Minnesota from Kenya to face trial in this case. One of Mr. Ereg's conditions of release is that he wear a GPS monitoring device and remain in his home 24-hours per day unless he receives permission from his pretrial release officer to leave the home. Mr. Ereg is married and has eight children, several of whom attend school daily. Mr. Ereg's spouse surrendered to the Bureau of Prisons several weeks ago, rendering Mr. Ereg a solo parent of eight. This situation is untenable for obvious reasons, not least of which is the daily need for Mr. Ereg to leave his home to perform errands, child pickup, and other routine tasks of parenting.

For these reasons, Mr. Ereg respectfully requests that the Court modify his conditions of release to permit him to leave his home during the day and evening, with a house arrest "curfew" of 10:00 p.m. to 6:00 a.m., during which time he will need to obtain permission to leave his home. Defendant's counsel has met and conferred with the government, which does not oppose this request. Similarly, Mr. Ereg's probation officer

has stated he does not object to a motion "to remove [Mr. Ereg's] GPS monitoring and curfew restriction."

For the above-stated reasons, Defendant respectfully requests that the Court grant his motion and amend his conditions of release accordingly.

Respectfully submitted,

Dated: September 17, 2026

s/ *Kevin C. Riach*

Kevin C. Riach
Attorney ID No. 389277
THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 55414
Phone: 612-203-8555

**ATTORNEY FOR DEFENDANT**